UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>HYUN JU LEE,<br><br>                    Defendant. | Case No.: 02-CR-00221-FVS<br><br>Order Granting Motion for Dismissal With Prejudice |

The government's Motion for Order of Dismissal with Prejudice (ECF No. 123) is GRANTED.   This matter is DISMISSED with prejudice.  The Court makes no judgment as to the merit or wisdom of this dismissal.

The District Court Executive is directed to enter this order, furnish copies to counsel and close this file.

Dated:  this ___22nd___ day of October, 2014.

                                              __s/ Fred Van Sickle_____
                                              Honorable Fred Van Sickle
                                              Senior United States District Judge

Order of Dismissal Without Prejudice – 1